No. 442. COURIER-JOURNAL & LOUISVILLE TIMES CO. *v.* CURTIS, JUDGE, ET AL. Court of Appeals of Kentucky. Certiorari denied. *Wilson W. Wyatt* for petitioner. *Robert P. Hobson* and *Leo T. Wolford* for respondents.

No. 446. THE FORT FETTERMAN ET AL. *v.* SOUTH CAROLINA STATE HIGHWAY DEPARTMENT. C. A. 4th Cir. Certiorari denied. *Charles W. Waring* for petitioners. *D. R. McLeod,* Attorney General of South Carolina, and *Huger Sinkler* for respondent.

No. 447. VAPOR BLAST MANUFACTURING CO. *v.* MADDEN ET AL. C. A. 7th Cir. Certiorari denied. *Max Raskin* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondents.

No. 448. BOARD OF PUBLIC EDUCATION, SCHOOL DISTRICT OF PHILADELPHIA, *v.* INTILLE ET AL. Supreme Court of Pennsylvania. Certiorari denied. *C. Brewster Rhoads* and *Edward B. Soken* for petitioner. *A. Harry Levitan* and *Franklin Poul* for respondents.

No. 449. BOARD OF PUBLIC EDUCATION, SCHOOL DISTRICT OF PHILADELPHIA, *v.* WATSON. Supreme Court of Pennsylvania. Certiorari denied. *C. Brewster Rhoads* and *Edward B. Soken* for petitioner.

No. 451. MINER ET AL. *v.* COMMERCE OIL REFINING CORP. C. A. 1st Cir. Certiorari denied. *Frederick Bernays Wiener* and *James A. Higgins* for petitioners. *Stephen P. Duggan, Jr.* for respondent.